NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of I.N., a child.
_____

K.O.,

      Appellant,

v.                                         Case No. 2D18-2021

DEPARTMENT OF CHILDREN and
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

      Appellees.
_____

Opinion filed January 9, 2019.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Keith W. Upson of The Upson Law Group,
P.L., Naples, for Appellant.

Meredith K. Hall of Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Rocco J. Carbone, III, of the Law Office of
Rocco J. Carbone, III, PLLC, St. Augustine,
and Thomasina Moore, Statewide Director
of Appeals, Tallahassee, for Appellee
Guardian ad Litem Program.

James W. Chandler of the Law Office of
James W. Chandler, P.A., Naples, for
Appellee E.N.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.